**DISMISS and Opinion Filed October 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00490-CV**

**CORA CANADY, Appellant**
**V.**
**WILLIE WILLIAMS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11387**

# MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Bridges

Appellant's brief is overdue. On September 3, 2019, we directed appellant to file her brief by September 13, 2019. We cautioned appellant that failure to file a brief by that date would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190490F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

CORA CANADY, Appellant

No. 05-19-00490-CV      V.

WILLIE WILLIAMS, Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-17-11387.
Opinion delivered by Justice Bridges, Justices Molberg and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED.**

Judgment entered October 30, 2019